FILED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

13 JAN -8 AM 11: 04

| | | | |
|---|---|---|---|
| LINDA JOHNSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | ... ...N DISTRICT |
| | ) | | ... INDIANA |
| v. | ) | No. | 1 : 1 3 C V 0 0 6 RL |
| | ) | | |
| GC SERVICES, LP, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### COMPLAINT

COMES NOW Plaintiff, LINDA JOHNSON ("Plaintiff"), by and through her attorneys,

KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, GC SERVICES, LP

("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act

   ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such

   actions may be brought and heard before "any appropriate United States district court

   without regard to the amount in controversy."

3. Defendant conducts business in the State of Indiana establishing personal jurisdiction.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person residing in Butler, DeKalb County, Indiana.

6. Defendant is a business entity with an office located at 6330 Gulfton, Houston, Texas.

7. Plaintiff is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is

defined by 15 U.S.C. § 1692a(3).

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant is attempting to collect a debt from Plaintiff that arises from transactions which were for personal, family and/or household purposes.

10. In its collection attempts, Defendant placed telephone calls to Plaintiff.

11. When Plaintiff was unable to answer Defendant's collection calls, Defendant left Plaintiff voicemail messages. *See* five transcribed voicemail messages, attached hereto as Exhibit A.

12. Defendant's voicemails never identified Defendant's company name or that it is a debt collector. *See* Exhibit A.

13. Defendant's voicemails did not provide Plaintiff with any indication as to the nature or purpose of its calls. *See* Exhibit A.

14. Defendant uses deceptive and misleading means in connection with its attempts to collect the alleged debt by not identifying itself, the purpose of its phone calls, or that it is a debt collector.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

a. Defendant violated § 1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

b. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls to Plaintiff without providing meaningful disclosure of its identity.

c. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in its attempts to collect a debt.

d. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in communications that the communications is from a debt collector.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

16. Statutory damages of $1,000.00 pursuant to the Federal Act, 15 U.S.C. § 1692k.

17. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. § 1692k.

18. Any other relief that this court deems to be just and proper.

Dated: January 3, 2013                 RESPECTFULLY SUBMITTED,

                                        KROHN & MOSS, LTD.

                                        Douglas S. Baek
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 401
                                        Los Angeles, CA  90025
                                        Tel: (323) 988-2400 ext. 244
                                        Fax: (866) 829-5083
                                        dbaek@consumerlawcenter.com
                                        Attorney for Plaintiff,
                                        Linda Johnson

3

# **EXHIBIT A**

Tuesday at 08:49 PM

Hello, this message is going to be for Linda Johnson, my name is Bernet.  You can please return my call Ms. Johnson, it is important. My toll free number, 866-391-0768, please ask for extension 5068.  Thank you.


Saturday at 10:59 AM

This message is for Linda Johnson, my name is Robert Gutierrez, you can call back to my office, the number I can be reached 866-862-2793, extension is 3774.  Thank you.


Friday at 08:10 PM

Message is for Linda Johnson, my name is Abraham Gonzales, it is important that you do return my call at 866-391-0768, extension 5061.  Thank you.


Wednesday at 08:37 PM

Hello, my name is (first name) Curtis, I am calling to speak with Linda Johnson.  It is very important that you take this time to return the call to me, you can reach me at 866-391-0768 and my extension is 5067.


Wednesday at 08:40 PM

Hi, message is for Linda Johnson, my name is Ronald (last name).  Ms. Johnson, please return the phone call when you receive this message.  I can be reached at 866-391-0768, my extension is 5073.  Or you can reach me directly at 602-674-1573, It is important.  Thank you.